ALFRED BRADY, PLAINTIFF-PETITIONER, v. CITY OF BAYONNE, *ET ALS.*, DEFENDANTS-RESPONDENTS.

*Mr. Isadore Glauberman* for the petitioner.

*Mr. Alfred Brenner* and *Messrs. Scerbo, Porzio* and *Kennelly* for the respondents.

September 21, 1953. Denied.

BERNARD PINCUS, PLAINTIFF-RESPONDENT, v. ROBERT SUBLETT, DEFENDANT-PETITIONER.

*Messrs. Stevenson, Willette & McDermitt* for the petitioner.

September 28, 1953. Denied.